

DAJ: USAO2014R00263

_____FILED     _____ENTERED
_____LODGED    _____RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 27 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG 15-cr-0296 |
| | * | |
| ROLANDO ONEAL THORPE, | * | (Possession of a Firearm by Convicted |
|     a/k/a "Black," | * | Felon, 18 U.S.C. § 922(g); Possession |
|     a/k/a "China Man," | * | with Intent to Distribute Controlled |
| | * | Substances, 21 U.S.C. § 841; Use of a |
| | * | Telecommunications Facility in |
| | * | Facilitating Narcotics Trafficking, 21 |
|     Defendant | * | U.S.C. § 843(b); Possession of a Firearm |
| | * | in furtherance of a Drug Trafficking |
| | * | offense, 18 U.S.C. § 924(c)Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, 21 |
| | * | U.S.C. § 853, 18 U.S.C. § 924(d), 28 |
| | * | U.S.C. § 2461(c)) |
| | * | |

********

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about November 22, 2013, in the District of Maryland, the defendant,

**ROLANDO ONEAL THORPE,**
a/k/a "Black,"
a/k/a "China Man,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce a firearm, to wit, a loaded Glock Model 29 10mm semi-automatic handgun.

18 U.S.C. § 922(g)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about November 22, 2013, in the District of Maryland, the defendant,

**ROLANDO ONEAL THORPE,**
a/k/a "Black,"
a/k/a "China Man,"

did knowingly, willfully and unlawfully possess with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

21 U.S.C. § 841
18 U.S.C. § 2

2

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 9, 2013, in the District of Maryland and elsewhere, the defendant,

**ROLANDO ONEAL THORPE,**
a/k/a "Black,"
a/k/a "China Man,"

did knowingly and intentionally use a communication facility, specifically a cell phone with assigned number (202) 817-8103, in facilitating the commission of an act and acts constituting a felony under Title 21, United States Code, Section 841.

21 U.S.C. § 843(b)
18 U.S.C. § 2

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about November 22, 2013, in the District of Maryland, the defendant,

**ROLANDO ONEAL THORPE,**
a/k/a "Black,"
a/k/a "China Man,"

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841.

18 U.S.C. § 924(c)(1)(B)(ii)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), as a result of the defendant's conviction under Count One of this Indictment.

### Firearms Forfeiture

2. As a result of the offenses set forth in Counts One and Two of this Indictment, the defendant,

**ROLANDO ONEAL THORPE,**
a/k/a "Black,"
a/k/a "China Man,"

shall forfeit to the United States the firearm identified in Count One of the Indictment and involved in this offense.

### Narcotics Forfeiture

3. As a result of the offense set forth in Count Two of this Indictment, the defendant,

**ROLANDO ONEAL THORPE,**

shall forfeit to the United States any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to the following:

   a. $6,400 in United States currency;

   b. 27 rounds of ammunition;

   c. a magazine with 23 rounds of .45 caliber ammunition; and

5

        d. a black laser for a handgun.

### Substitute Assets

4. If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third person;

        c. has been placed beyond the jurisdiction of the Court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Dated: May 27, 2015

6