IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 15CR0296-PWG

ROLANDO THORPE

## DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED FROM 249 HARRY S. TRUMAN DRIVE, APARTMENT 12, LARGO, MD 20774 ON OR ABOUT NOVEMBER 22, 2013

COMES NOW the defendant, ROLANDO THORPE, by counsel, and respectfully moves this court to suppress evidence seized from 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774, on or about November 22, 2013. In support of this motion, the defendant states the following:

1. The defendant, Rolando Thorpe, is charged in a four count indictment with Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g); Possession with the Intent to Distribute a Controlled Substance (Marijuana), in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2 ; Use of a Telecommunications Facility in Facilitating Narcotics Trafficking, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2; Possession of a Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(B)(ii). On June 10, 2015, Mr. Thorpe was arraigned and entered pleas of not guilty to all counts.;

2. On November 22, 2013, pursuant to a search warrant, law enforcement officers executed a search of 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774, the alleged residence of Mr. Thorpe.;

3. According to law enforcement, among other items, large quantities of marijuana, as well as drug paraphernalia, a firearm, firearm magazines, and ammunition were seized from 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774;

4. The defendant asserts that the search of 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774 was illegal and that all items seized were seized in violation of the United States Supreme Court's ruling in *Florida v. Jardines* 133 S. Ct. 1409 (2013);

5. Specifically, the defendant maintains that prior to obtaining a search warrant to search 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774, on November 22, 2013, law enforcement used a canine dog to sniff the area of apartment 12 and the dog "alerted" only on apartment 12(See pages 3 and 4 of 12 of the attached search warrant application (bates labels Thorpe_0044 and Thorpe_0045));

6. Because law enforcement used the canine dog sniff during their investigation and prior to obtaining a warrant, this constitutes and illegal search and violates the defendant's 4th amendment right against unlawful search and seizure. Accordingly, all evidence seized must be suppressed. *Florida v. Jardines* 133 S. Ct. 1409 (2013).

**WHEREFORE**, the defendant moves that all evidence seized from 249 Harry S. Truman Drive, Apartment 12, Largo, MD 20774 in this case be suppressed.

        Respectfully submitted
        ROLANDO THORPE

        /S/
By:_____
Dwight E. Crawley
Maryland District Court Bar #15782
601 Pennsylvania Ave, NW
Suite 900-South Building
Washington, DC 20004
Phone:(202)580-9794
Fax:  (202)722-0246
Email: vadclawyer@gmail.com

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fourth Amendment to the United States Constitution

2. *Florida v. Jardines* 133 S. Ct. 1409 (2013).

        /S/
_____
Dwight E. Crawley

## REQUEST FOR HEARING

Pursuant to Rule 105(6) of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's Motion to Suppress Evidence.  The defendant requests an immediate hearing on this matter.

        /S/
_____
Dwight E. Crawley

## CERTIFICATE

I hereby certify that on the 17th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all attorneys of record.

/S/
_____
Dwight E. Crawley