**ATTACHMENT A**
**Statement of Facts: ROLANDO ONEAL THORPE**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 AUG 29  P 12: 42

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

The undersigned parties hereby stipulate and agree that if this matter had gone to trial, the Government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter gone to trial.

On November 22, 2013, members of the Prince George's County (Maryland) Police Department ("PGPD") Narcotic Enforcement Division executed a search and seizure warrant at 249 Harry S. Truman Drive, Apartment 12, Largo, Maryland. The Defendant, **ROLANDO ONEAL THORPE ("THORPE")** was present in the residence, along with a female friend. Officers seized the following items: 12 gallon-size ziplock bags containing approximately 5,263 grams of marijuana; a scale with residue, assorted packaging materials; approximately $6,413 in United States currency; a Black Glock, Model 29, 10mm handgun, SIN MKL038, loaded with one 10mm round of ammunition in the chamber and 14 rounds in the magazine; a 27 round capacity ammunition magazine, loaded with 23 rounds of 45 caliber ammunition; and a black laser site for a handgun. While the search was being conducted, **THORPE** spontaneously stated that everything found in the apartment belonged to him.

In addition, between September 20013 and the middle of November 2013, **THORPE** was intercepted pursuant to a court-authorized interception of communications occurring over a telephone being used by **Marvin Taaff**. **THORPE** was intercepted in numerous conversations discussing the various types of marijuana that **THORPE** was distributing in Maryland. ~~During 2013, THORPE was involved in the distribution of at least 100 kilograms but less than 400 kilogram of marijuana.~~

\* \* \*

I have read this statement of facts and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

_8/26/16_  
Date

_[signature]_  
Rolando Oneal Thorpe

I am Rolando Oneal Thorpe's attorney. I have reviewed this statement of facts with him. He has acknowledged that it is true and correct.

_8/26/16_  
Date

_[signature]_  
Dwight Crawley, Esq.

9