```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         SOUTHERN DIVISION


 3


 4   UNITED STATES OF AMERICA   :  Criminal Action No.

 5        v.                    :  PWG 15-296

 6   ROLANDO ONEAL THORPE,      :  Greenbelt, Maryland

 7             Defendant.       :  November 28, 2016
     _____/     1:00 P.M.
 8
                   TRANSCRIPT OF SENTENCING PROCEEDINGS
 9                 BEFORE THE HONORABLE PAUL W. GRIMM
                     UNITED STATES DISTRICT JUDGE
10   APPEARANCES:

11   FOR THE GOVERNMENT:     DEBORAH A. JOHNSTON, ESQUIRE
                             MENAKA KALASKAR, ESQUIRE
12                           Office of the United States Attorney
                             6406 Ivy Lane, 8th Floor
13                           Greenbelt, Maryland  20770
                             301-344-4433
14

15   FOR THE DEFENDANT:      DWIGHT E. CRAWLEY, ESQUIRE
                             Law Office of Dwight E. Crawley
16                           1300 "I" Street NW, Suite 400E
                             Washington, DC 20005
17                           202-580-9794

18

19

20


21   OFFICIAL COURT REPORTER:  LINDA C. MARSHALL,(301) 344-3229

22          COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

23

24

25
```

1                    P-R-O-C-E-E-D-I-N-G-S

2          MS. JOHNSTON:  Your Honor, we're here in the matter of

3    United States of America versus Rolando Thorpe, Case Number

4    PWG 15-296.

5          I'm Deborah Johnston along with my co-counsel Menaka

6    Kalaskar, and our Case Agent Stacy Brown with ATF.

7          THE COURT:  Thank you very much.

8          And, Mr. Crawley, you're here on behalf of Mr. Thorpe?

9          MR. CRAWLEY:  Yes, sir, Your Honor.

10         THE COURT:  Have you had an opportunity, sir, to go

11   over the Presentence Report with Mr. Thorpe?

12         MR. CRAWLEY:  Yes, sir, Your Honor.

13         THE COURT:  All right.  And, sir, you've had a chance

14   to speak with your lawyer about the Presentence Report?

15         THE DEFENDANT:  Yes, sir.

16         THE COURT:  All right.  Thank you very much.

17         To recap where things stand, we were here in court

18   last on August 29, 2016, at which time Mr. Thorpe represented by

19   counsel entered a plea of guilty to two counts in the current

20   Indictment.

21         Count Two charged him with possession with intent to

22   distribute controlled substances in violation of 21 U.S. Code

23   841(b)1(B) for which the maximum period of imprisonment was five

24   years, a fine not to exceed $250,000, a period of supervised

25   release of at least two years and a $100 special assessment.

Count Four charged him with possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S. Code 924(c), which has a statutory mandatory minimum sentence of five years to a maximum of life imprisonment, a fine not to exceed $250,000, supervised release of not more than five years and a $100 special assessment.

The plea was a plea pursuant to Federal Rule of Criminal Procedure 11(c)1(C) and at that time I provisionally agreed to adhere to the recommended sentence that was jointly recommended as part of the Plea Agreement subject to my ability to review the Presentence Report and determine at that time whether or not I would unconditionally be bound by the recommendation. And if I had elected not to, I would afford the United States and the defendant to withdraw from the plea.

Having now received the Presentence Report, I will confirm that I will be -- I will unconditionally agree to be bound by the jointly recommended sentence.

The Presentence Report was prepared October 25th, 2016 with no objections to it. I will turn to the calculation of the guidelines, but before doing so the Court will adopt the factual findings of the Presentence Report as those of the Court and the two counts do not group.

As for Count Two, possession with intent to distribute controlled substances, the base offense level based upon the drug quantity was 24. There are no other enhancements to the

offense level.  Two points are reduced -- two levels are reduced

pursuant to Section 3E1.1A for acceptance of responsibility;

plus another 3E1.1B for having promptly made the determination

to plead guilty, and thereby relieving the government from the

requirement to prove the charges.  That results for Count Two

with a amended offense level of 21.

Count Four is possession of a firearm in furtherance

of a drug trafficking offense and the guidelines there are the

mandatory minimum of at least five years.

Now, the criminal history of the defendant is set

forth beginning at page 7 and list the following offenses for

which points were calculated:

A 2007, October 9, 2007 sentence of 78 days involved

in a trespass of private property offense, which resulted in two

points;

A December 1st, 2004 sentence of three years

incarceration to a CDS charge that resulted in three points;

A 2006, January 18, 2006 sentence of 180 days for

simple assault resulting in two points;

Page 9, paragraph 35, an attempted possession of

controlled substance conviction resulting in one point.

Sentence imposed on July 16, 2009;

Paragraph 37, page 10, three points, possession of a

firearm during a drug-trafficking offense for which sentence was

imposed on May 1st, 2014.  Three points for that;

1           A June 6th -- excuse me.  A February 10th, 2015

2 sentence of two and-a-half years incarceration for a controlled

3 substance offense, which resulted in three points.

4           The total criminal convictions have a criminal history

5 score of 15 resulting in a criminal history category of Roman

6 Numeral VI for Count Two.

7           Now, if you go to criminal history category 21 --

8 pardon me.  If you go to offense level 21, criminal history

9 category VI, the resulting guidelines range is 77 to 96 months.

10 Yet, the statutory maximum for Count Two is 60 months by

11 operation of the guidelines and operation of law.  Then the

12 guidelines range becomes 60 months to 96 months.

13           Because the lower end of the guidelines of 60 months

14 is also the statutory maximum, the guidelines for Count Two

15 become 60 months.  The guidelines for Count Four would be 60

16 months consecutive to the sentence to Count Two, and it is that

17 calculation, the 60 months for Count Two, plus the 60 months

18 consecutive for Count Four that result in the total collective

19 recommended sentence of 120 months of incarceration.

20           The guidelines provision for Count Two would also

21 include supervised release of more -- no less than two years

22 supervised release, a fine between $7500 and $75,000, and a $100

23 special assessment.  The fine and the special assessment would

24 be the identical amount for Count Four and the supervised

25 release for Count Four would be --

1          Give me one second here.

2          -- five years of supervised release, I believe.  Let

3    me just check.

4       (Pause.)

5          THE COURT:  Two to five years would be the guidelines

6    recommendation for Count Four.

7          So those are my guidelines calculations.  Does the

8    United States wish to be heard on guidelines calculations?

9          MS. JOHNSTON:  No, your Honor.

10          THE COURT:  Mr. Crawley, sir?

11          MR. CRAWLEY:  Your Honor, just briefly.  I bumped into

12   Mr. McKenna last week at the D.C. jail, essentially CTF and he

13   had previously represented Mr. Thorpe.  He had indicated to me

14   that he thought he could have gotten some of those earlier

15   charges changed at which time I discussed with him that in

16   speaking with the government and understanding this case, I

17   didn't think that would change the terms of the Plea Agreement

18   because there were other factors involved.

19          I did share with Mr. Thorpe my conversation with

20   Mr. McKenna today.  I think Mr. Thorpe is still prepared to go

21   forward, but I just wanted that information made aware to the

22   Court.  I don't think it would have had drastically changed the

23   guidelines, but just so the Court understands that that was a

24   conversation I had between myself and Mr. McKenna, and

25   Mr. Thorpe has been made aware of it.

1          THE COURT:  Okay.  Thank you, sir.

2          Does the government have anything to say about that?

3          MS. JOHNSTON:  Only that regardless of what those

4   earlier convictions were, our plea offer in this case would be

5   no different than what we extended in this case.  And I note

6   that probation did an adequate job.  They didn't come across

7   anything in the record that indicates the charges were either

8   set aside or --

9          THE COURT:  Yeah, I didn't see anything in there

10  either and I always check to make sure that there's counsel's

11  representation.  So it didn't look like there was anything

12  missing either, so I think the record is sufficiently preserved

13  for that issue.

14         All right.  No victims that need to be heard from, is

15  that right?

16         MS. JOHNSTON:  That's right.

17         THE COURT:  I'm happy to hear the government's

18  presentation on sentencing, ma'am.

19         MS. JOHNSTON:  Thank you, Your Honor.  I will be brief

20  because this is a Rule 11(c), but I did file with the Court a

21  Consent Order of Forfeiture and ask the Court to sign that and

22  include that in the judgment.  If the Court doesn't have a copy

23  --

24         THE COURT:  I think I already signed it.  Let me just

25  verify that.  I have it here.

1           Yes, I have signed that.

2           MS. JOHNSTON:  Your Honor, we are going to ask the

3  Court to impose the sentence of ten years as set forth in the

4  Rule 11(c) plea.

5           As the Court can see from the defendant's record, it

6  is extensive.  He spent a whole decade of his 20 years dealing

7  in marijuana and also had possession of firearms on at least one

8  other occasion.

9           We believe that a sentence of ten years is

10  appropriate, that it adequately reflects the seriousness of the

11  offense and that it will provide sufficient opportunity for

12  Mr. Thorpe to be rehabilitated within the Bureau of Prisons.

13  Perhaps, learn some skills he can use to support himself when he

14  is released.

15           We also ask because of the nature of these offenses

16  that the Court impose a five year period of supervised release

17  on Count Four of the Indictment.  We think that extensive

18  supervision is necessary in this case given the defendant's

19  extensive criminal history.  He could, of course, always

20  petition the Court if he does well to have that terminated early

21  and those would be our recommendations.

22           THE COURT:  There's no restitution and no forfeiture

23  sought as part of the agreement?  Did I miss something there?

24           MS. JOHNSTON:  The forfeiture that was presented to

25  the Court --

1          THE COURT:  I didn't hear forfeiture, just

2   restitution.

3          MS. JOHNSTON:  Yes, forfeiture actually presented to

4   the Court was only for money actually seized and the firearms

5   and firearms equipment that was seized.  We're not seeking a

6   money judgment at this time.

7          THE COURT:  All right.  So that has already been

8   signed.  Thank you very much.

9          Mr. Crawley, sir, happy to hear from you.

10         MR. CRAWLEY:  Briefly, Your Honor.  In support of the

11  recommendation by counsel for Mr. Thorpe and counsel for the

12  government, we'd just like to highlight that during my working

13  with Mr. Thorpe, at all times he's been extremely forthright.

14  At no point did he try to deny or not accept responsibility for

15  his actions, Your Honor.

16         He understands that he is here before this Court

17  because of his actions and his actions alone.  He made a choice

18  and it was a bad choice.  And I think that's highlighted in the

19  Presentence Report.

20         He spoke highly of his mother.  His mother is an

21  immigrant who came here and has worked very hard to support him

22  as well as his brother.  He made bad choices.  And I think

23  probation would agree with me that he was a pleasant person to

24  talk to, although he recognized the serious nature of the

25  charges against him.  We would ask the Court to accept the

1  recommendation as well.

2           THE COURT:  Thank you.

3           Does Mr. Thorpe wish to say anything before I impose

4  the sentence?  He does not have to.  No adverse inference will

5  be drawn against him if he chooses not to.  But if he does wish

6  to say something, I'm happy to hear what he has to say.

7           THE DEFENDANT:  No, Your Honor.

8           THE COURT:  All right.  Thank you, sir.

9           Mr. Crawley, do you have a recommendation on location,

10 sir?

11          MR. CRAWLEY:  Farrington --

12          THE COURT:  Farrington?

13          MR. CRAWLEY:  Yes, Your Honor.  And as much as the

14 Court can, I know that the RDAP Program is something that's

15 difficult to get in in many instances --

16          THE COURT:  Yeah, I will recommend whatever drug

17 treatment programs are available that he be -- and I'll also

18 recommend vocational educational as well.

19          MR. CRAWLEY:  Thank you.

20          THE COURT:  I don't know what's available, but to the

21 extent that any recommendation helps him out, I think it's a

22 good step, so I'll make it and make note of that.

23          MR. CRAWLEY:  Thank you, Your Honor.

24          THE COURT:  Could I get counsel please to approach for

25 a moment?

1          MS. JOHNSTON:  Certainly.

2          THE COURT:  Is that headset working?

3          Thank you, sir.

4      (Bench conference.)

5          It is the policy of this court that every guilty plea

6  and sentencing proceeding include a bench conference concerning

7  whether the defendant is or is not cooperating.

8      (Open court.)

9          THE COURT:  All right.  Back on the record.

10          THE WITNESS:  So, I appreciate the comments of counsel

11  for which I have given due consideration.  The -- it seems to me

12  that the -- if we go back and take a look at the factors under

13  18 U.S.C. Section 3553(a), the facts of the underlying offense

14  are set forth in the Agreement and summarized succinctly at

15  paragraphs eight through ten on page 5 of the Presentence

16  Report.

17          It stems from a search and seizure warrant executed at

18  Mr. Thorpe's apartment in Largo, Maryland and the seizure of the

19  Ziploc bags containing over 5,200 grams of marijuana, a scale

20  with residue, packaging materials, almost -- a little bit more

21  than $6400 in currency, a Glock .10 millimeter handgun and

22  another SN -- I guess that's the serial number of that

23  particular one.  27 round ammunition magazine that was loaded

24  with a certain amount of ammunition.

25          And the defendant, I think, consistent, Mr. Crawley,

1  with your statement was fairly candid with the officers when

2  they were there.  Said that it was -- it was his, not the other

3  person who was there with him.

4         And if we look at the prior criminal history of

5  Mr. Thorpe's, we have at age 18, a trespass of property; that at

6  age 19, a drug-related offense; simple assault in 2005 at age

7  20; drug offense at 22; drug offense and firearms offense at 27;

8  drug offense at 28.

9         And so, I think there is some support for the notion

10  that Mr. Thorpe has been significantly involved in the drug

11  distribution.  His arrests, which have much less weight in terms

12  of looking at history and characteristics of the defendant are

13  also consistent with the same kind of activity.  If you look at

14  those significant numbers of arrests and other involvement with

15  the legal system all despite their outcome, but did not result

16  in a conviction cluster around the kind of activity that suggest

17  a longstanding participation in drug, drug sales.

18         So, the offense is a fairly clear offense that is

19  supported by the notion of possession with the intent to

20  distribute controlled substances, pretty straightforwardly

21  established by the results of the search and seizure warrant.

22         And I certainly can take notice of the concern that

23  Congress had in terms of the sentences for drug offenses and

24  note that this is a serious offense which results in the need to

25  protect the public and also to protect the community as part of

1    the sentence.

2         Mr. Thorpe was born in Jamaica and he did come to this

3    country with his mom.  And it does suggest that she has been a

4    hard worker and tried to provide for him and for his other

5    family members.

6         The prior background history of the defendant as

7    reflected in the Presentence Report shows that he's -- does not

8    have any mental health issues.  He began smoking marijuana at

9    the age of 12 and has had a ongoing affiliation with drug use

10   since then, particularly with that one.

11        He has his GED.  Did not graduate from high school,

12   but does have his GED.  And not a significant history of

13   employment in except some working in the Audio and Sound in

14   Landover, Maryland in 2013.  Perhaps, also in 2008, 2011, but

15   other than that, seems like his primary means of support was

16   through the drug sales, which relate to the offenses which he's

17   been found guilty of here.

18        In looking at this, considering the need for

19   deterrence of Mr. Thorpe himself individually and also general

20   deterrence, the need to protect the public, the seriousness of

21   the offense, taking into consideration that the sentence should

22   provide some assistance for his not having had substantial

23   periods of gainful employment in legitimate jobs and to address

24   his drug use, it seems to me that the recommended sentence in

25   the joint recommendation of the Rule 11(c)1(C) plea makes a good

1    deal of sense.

2           I therefore sentence him to 60 months imprisonment on

3    Count Two followed by 60 months consecutively for Count Four,

4    for a total sentence of incarceration of 120 months with time

5    credited for the period of time that he has been detained in

6    this case as will be calculated by the Bureau of Prisons.

7           I will recommend that he be placed at FCI Farrington

8    and that he be enrolled in the RDAP Program or any other drug

9    treatment program they have available for which he qualifies as

10   well as vocational educational training so that when he does

11   come out, he will have the opportunity to have the foundation to

12   be able to get a new start that will allow him not to have to

13   appear back in court for sentencing at some future date.

14          I'm going to sentence him to two years of supervised

15   release following the completion of his period of imprisonment

16   for Count Two and have that run concurrent with a period of five

17   years supervised release for Count Four.  So, that's a total of

18   five years concurrently; two years for Count Two, five years for

19   Count Four.

20          The conditions of probation will be those set forth at

21   page 23 of the Presentence Report.  Namely, substance abuse and

22   treatment, vocational and educational program and $100 special

23   assessment as directed by the probation officer.

24          The fine is waived.  He does not have the ability to

25   pay it.  Special assessment of $100 should be paid as directed

1   by the Presentence Report.  And the Forfeiture Agreement has

2   been signed and there is no request for a restitutionary order.

3   So that would be the sentence of this Court.

4           Are there outstanding charges to be dismissed at this

5   time?

6           MS. JOHNSTON:  There are, Your Honor.  Just to clear,

7   the Court is ruling $100 per count?

8           THE COURT:  Yes, thank you.  That was very imprecise

9   of me.  One hundred dollars per count for a total of $200.

10          MS. JOHNSTON:  And the government would move to

11  dismiss the remaining count of the Indictment pending against

12  Mr. Thorpe.

13          THE COURT:  All right.  That motion is granted.

14          Mr. Crawley, anything further from you, sir?

15          MR. CRAWLEY:  No, Your Honor.

16          THE COURT:  All right.  Then at this point we'll stand

17  in recess.

18          Just let me tell you, Mr. Thorpe, if you believe there

19  is a basis for appealing this sentence, even though I believe

20  you have waived the ability to do so, you must file Notice of

21  Appeal within 14 days of the entry of the Judgment of Conviction

22  or within 14 days of the entry of appeal by the government

23  should they choose to appeal, but they have waived their ability

24  to appeal as well.

25          And if there is nothing further, we'll stand in

1    recess.  I thank the court reporter and courtroom staff.

2         (Recess at 1:31 p.m.)

3                              *    *    *

CERTIFICATE OF COURT REPORTER

I, Linda C. Marshall, certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

/s/
_____
Linda C. Marshall, RPR
Official Court Reporter

**$**

**$100 [6]**  2/25 3/6 5/22 14/22 14/25 15/7
**$200 [1]**  15/9
**$250,000 [2]**  2/24 3/5
**$6400 [1]**  11/21
**$75,000 [1]**  5/22
**$7500 [1]**  5/22

**.**

**.10 [1]**  11/21

**/**

**/s [1]**  17/7

**1**

**10 [1]**  4/23
**10th [1]**  5/1
**11 [4]**  3/8 7/20 8/4 13/25
**12 [1]**  13/9
**120 [2]**  5/19 14/4
**1300 [1]**  1/16
**14 [2]**  15/21 15/22
**15 [1]**  5/5
**15-296 [2]**  1/5 2/4
**16 [1]**  4/22
**18 [4]**  3/3 4/18 11/13 12/5
**180 [1]**  4/18
**19 [1]**  12/6
**1:00 [1]**  1/7
**1:31 [1]**  16/2
**1st [2]**  4/16 4/25

**2**

**20 [2]**  8/6 12/7
**20005 [1]**  1/16
**2004 [1]**  4/16
**2005 [1]**  12/6
**2006 [2]**  4/18 4/18
**2007 [2]**  4/13 4/13
**2008 [1]**  13/14
**2009 [1]**  4/22
**2011 [1]**  13/14
**2013 [1]**  13/14
**2014 [1]**  4/25
**2015 [1]**  5/1
**2016 [3]**  1/7 2/18 3/18
**202-580-9794 [1]**  1/17
**20770 [1]**  1/13
**21 [4]**  2/22 4/6 5/7 5/8
**22 [1]**  12/7
**23 [1]**  14/21
**24 [1]**  3/25
**25th [1]**  3/18
**27 [2]**  11/23 12/7
**28 [1]**  1/7 12/8
**29 [1]**  2/18
**296 [2]**  1/5 2/4

**3**

**301 [1]**  1/21
**301-344-4433 [1]**  1/13
**3229 [1]**  1/21
**344-3229 [1]**  1/21
**35 [1]**  4/20
**3553 [1]**  11/13

**37 [1]**  4/23
**3E1.1A [1]**  4/2
**3E1.1B [1]**  4/3

**4**

**400E [1]**  1/16
**4433 [1]**  1/13

**5**

**5,200 grams [1]**  11/19

**6**

**60 [9]**  5/10 5/12 5/13 5/15 5/15 5/17
  5/17 14/2 14/3
**6406 [1]**  1/12
**6th [1]**  5/1

**7**

**77 [1]**  5/9
**78 [1]**  4/13

**8**

**841 [1]**  2/23
**8th [1]**  1/12

**9**

**924 [1]**  3/3
**96 [2]**  5/9 5/12
**9794 [1]**  1/17

**A**

**ability [4]**  3/10 14/24 15/20 15/23
**able [1]**  14/12
**about [2]**  2/14 7/2
**above [1]**  17/4
**above-entitled [1]**  17/4
**abuse [1]**  14/21
**accept [2]**  9/14 9/25
**acceptance [1]**  4/2
**across [1]**  7/6
**Action [1]**  1/4
**actions [3]**  9/15 9/17 9/17
**activity [2]**  12/13 12/16
**actually [2]**  9/3 9/4
**address [1]**  13/23
**adequate [1]**  7/6
**adequately [1]**  8/10
**adhere [1]**  3/9
**adopt [1]**  3/20
**adverse [1]**  10/4
**affiliation [1]**  13/9
**afford [1]**  3/13
**against [3]**  9/25 10/5 15/11
**age [4]**  12/5 12/6 12/6 13/9
**Agent [1]**  2/6
**agree [2]**  3/16 9/23
**agreed [1]**  3/9
**agreement [5]**  3/10 6/17 8/23 11/14 15/1
**AIDED [1]**  1/22
**all [10]**  2/13 2/16 7/14 9/7 9/13 10/8
  11/9 12/15 15/13 15/16
**allow [1]**  14/12
**almost [1]**  11/20
**alone [1]**  9/17
**along [1]**  2/5
**already [2]**  7/24 9/7

**also [9]**  5/14 5/20 8/7 8/15 10/17 12/13
  12/25 13/14 13/19
**although [1]**  9/24
**always [2]**  7/10 8/19
**amended [1]**  4/6
**AMERICA [2]**  1/4 2/3
**ammunition [2]**  11/23 11/24
**amount [2]**  5/24 11/24
**and-a-half [1]**  5/2
**another [2]**  4/3 11/22
**any [3]**  10/21 13/8 14/8
**anything [6]**  7/2 7/7 7/9 7/11 10/3 15/14
**apartment [1]**  11/18
**appeal [4]**  15/21 15/22 15/23 15/24
**appealing [1]**  15/19
**appear [1]**  14/13
**APPEARANCES [1]**  1/10
**appreciate [1]**  11/10
**approach [1]**  10/24
**appropriate [1]**  8/10
**are [11]**  3/25 4/1 4/1 4/8 6/7 8/2 10/17
  11/14 12/12 15/4 15/6
**around [1]**  12/16
**arrests [2]**  12/11 12/14
**as [20]**
**aside [1]**  7/8
**ask [4]**  7/21 8/2 8/15 9/25
**assault [2]**  4/19 12/6
**assessment [6]**  2/25 3/6 5/23 5/23 14/23
  14/25
**assistance [1]**  13/22
**at [32]**
**ATF [1]**  2/6
**attempted [1]**  4/20
**Attorney [1]**  1/12
**Audio [1]**  13/13
**August [1]**  2/18
**August 29 [1]**  2/18
**available [3]**  10/17 10/20 14/9
**aware [2]**  6/21 6/25

**B**

**back [3]**  11/9 11/12 14/13
**background [1]**  13/6
**bad [2]**  9/18 9/22
**bags [1]**  11/19
**base [1]**  3/24
**based [1]**  3/24
**basis [1]**  15/19
**be [23]**
**because [5]**  5/13 6/18 7/20 8/15 9/17
**become [1]**  5/15
**becomes [1]**  5/12
**been [8]**  6/25 9/7 9/13 12/10 13/3 13/17
  14/5 15/2
**before [4]**  1/9 3/20 9/16 10/3
**began [1]**  13/8
**beginning [1]**  4/11
**behalf [1]**  2/8
**believe [4]**  6/2 8/9 15/18 15/19
**bench [2]**  11/4 11/6
**between [2]**  5/22 6/24
**bit [1]**  11/20
**born [1]**  13/2
**bound [2]**  3/12 3/17
**brief [1]**  7/19

**B**

**briefly [2]** 6/11 9/10
**brother [1]** 9/22
**Brown [1]** 2/6
**bumped [1]** 6/11
**Bureau [2]** 8/12 14/6
**but [10]** 3/20 6/21 6/23 7/20 10/5 10/20 12/15 13/12 13/14 15/23

**C**

**calculated [2]** 4/12 14/6
**calculation [2]** 3/19 5/17
**calculations [2]** 6/7 6/8
**came [1]** 9/21
**can [4]** 8/5 8/13 10/14 12/22
**candid [1]** 12/1
**case [7]** 2/3 2/6 6/16 7/4 7/5 8/18 14/6
**category [3]** 5/5 5/7 5/9
**CDS [1]** 4/17
**certain [1]** 11/24
**certainly [2]** 11/1 12/22
**CERTIFICATE [1]** 17/1
**certify [1]** 17/2
**chance [1]** 2/13
**change [1]** 6/17
**changed [2]** 6/15 6/22
**characteristics [1]** 12/12
**charge [1]** 4/17
**charged [2]** 2/21 3/1
**charges [5]** 4/5 6/15 7/7 9/25 15/4
**check [2]** 6/3 7/10
**choice [2]** 9/17 9/18
**choices [1]** 9/22
**choose [1]** 15/23
**chooses [1]** 10/5
**clear [2]** 12/18 15/6
**cluster [1]** 12/16
**co [1]** 2/5
**co-counsel [1]** 2/5
**Code [2]** 2/22 3/3
**collective [1]** 5/18
**come [3]** 7/6 13/2 14/11
**comments [1]** 11/10
**community [1]** 12/25
**completion [1]** 14/15
**COMPUTER [1]** 1/22
**COMPUTER-AIDED [1]** 1/22
**concern [1]** 12/22
**concerning [1]** 11/6
**concurrent [1]** 14/16
**concurrently [1]** 14/18
**conditions [1]** 14/20
**conference [2]** 11/4 11/6
**confirm [1]** 3/16
**Congress [1]** 12/23
**consecutive [2]** 5/16 5/18
**consecutively [1]** 14/3
**Consent [1]** 7/21
**consideration [2]** 11/11 13/21
**considering [1]** 13/18
**consistent [2]** 11/25 12/13
**containing [1]** 11/19
**controlled [5]** 2/22 3/24 4/21 5/2 12/20
**conversation [2]** 6/19 6/24
**conviction [3]** 4/21 12/16 15/21

**convictions [2]** 5/4 7/4
**cooperating [1]** 11/7
**copy [1]** 7/22
**correct [1]** 17/3
**could [3]** 6/14 8/19 10/24
**counsel [6]** 2/5 2/19 9/11 9/11 10/24 11/10
**counsel's [1]** 7/10
**count [26]**
**country [1]** 13/3
**counts [2]** 2/19 3/22
**course [1]** 8/19
**court [27]**
**courtroom [1]** 16/1
**CRAWLEY [8]** 1/15 1/15 2/8 6/10 9/9 10/9 11/25 15/14
**credited [1]** 14/5
**criminal [10]** 1/4 3/8 4/10 5/4 5/4 5/5 5/7 8/8 8/19 12/4
**CTF [1]** 6/12
**currency [1]** 11/21
**current [1]** 2/19

**D**

**D.C [1]** 6/12
**date [1]** 14/13
**days [4]** 4/13 4/18 15/21 15/22
**DC [1]** 1/16
**deal [1]** 14/1
**dealing [1]** 8/6
**DEBORAH [2]** 1/11 2/5
**decade [1]** 8/6
**December [1]** 4/16
**December 1st [1]** 4/16
**defendant [8]** 1/7 1/15 3/14 4/10 11/7 11/25 12/12 13/6
**defendant's [2]** 8/5 8/18
**deny [1]** 9/14
**despite [1]** 12/15
**detained [1]** 14/5
**determination [1]** 4/3
**determine [1]** 3/11
**deterrence [2]** 13/19 13/20
**did [8]** 6/19 7/6 7/20 8/23 9/14 12/15 13/2 13/11
**didn't [5]** 6/17 7/6 7/9 7/11 9/1
**different [1]** 10/15
**difficult [1]** 10/15
**directed [2]** 14/23 14/25
**discussed [1]** 6/15
**dismiss [1]** 15/11
**dismissed [1]** 15/4
**distribute [3]** 2/22 3/23 12/20
**distribution [1]** 12/11
**DISTRICT [3]** 1/1 1/1 1/9
**DIVISION [1]** 1/2
**do [3]** 3/22 10/9 15/20
**does [11]** 6/7 7/2 8/20 10/3 10/4 10/5 13/3 13/7 13/12 14/10 14/24
**doesn't [1]** 7/22
**doing [1]** 3/20
**dollars [1]** 15/9
**don't [2]** 6/22 10/20
**drastically [1]** 6/22
**drawn [1]** 10/5
**drug [17]** 3/2 3/25 4/8 4/24 10/16 12/6

12/7 12/7 12/8 12/10 12/17 12/17 12/23 13/9 13/16 13/24 14/8
**drug-related [1]** 12/6
**drug-trafficking [1]** 4/24
**due [1]** 11/11
**during [2]** 4/24 9/12
**DWIGHT [2]** 1/15 1/15

**E**

**earlier [2]** 6/14 7/4
**early [1]** 8/20
**educational [3]** 10/18 14/10 14/22
**eight [1]** 11/15
**either [3]** 7/7 7/10 7/12
**elected [1]** 3/13
**employment [2]** 13/13 13/23
**end [1]** 5/13
**enhancements [1]** 3/25
**enrolled [1]** 14/8
**entered [1]** 2/19
**entitled [1]** 17/4
**entry [2]** 15/21 15/22
**equipment [1]** 9/5
**ESQUIRE [3]** 1/11 1/11 1/15
**essentially [1]** 6/12
**established [1]** 12/21
**even [1]** 15/19
**every [1]** 11/5
**exceed [2]** 2/24 3/5
**except [1]** 13/13
**excuse [1]** 5/1
**executed [1]** 11/17
**extended [1]** 7/5
**extensive [3]** 8/6 8/17 8/19
**extent [1]** 10/21
**extremely [1]** 9/13

**F**

**factors [2]** 6/18 11/12
**facts [1]** 11/13
**factual [1]** 3/20
**fairly [2]** 12/1 12/18
**family [1]** 13/5
**Farrington [3]** 10/11 10/12 14/7
**FCI [1]** 14/7
**February [1]** 5/1
**February 10th [1]** 5/1
**Federal [1]** 3/7
**file [2]** 7/20 15/20
**findings [1]** 3/21
**fine [5]** 2/24 3/4 5/22 5/23 14/24
**firearm [3]** 3/1 4/7 4/24
**firearms [4]** 8/7 9/4 9/5 12/7
**five [10]** 2/23 3/4 3/5 4/9 6/2 6/5 8/16 14/16 14/18 14/18
**Floor [1]** 1/12
**followed [1]** 14/3
**following [2]** 4/11 14/15
**foregoing [1]** 17/2
**forfeiture [6]** 7/21 8/22 8/24 9/1 9/3 15/1
**forth [4]** 4/11 8/3 11/14 14/20
**forthright [1]** 9/13
**forward [1]** 6/21
**found [1]** 13/17
**foundation [1]** 14/11
**Four [11]** 3/1 4/7 5/15 5/18 5/24 5/25 6/6

**F**

**Four... [4]** 8/17 14/3 14/17 14/19
**further [2]** 15/14 15/25
**furtherance [2]** 3/2 4/7
**future [1]** 14/13

**G**

**gainful [1]** 13/23
**GED [2]** 13/11 13/12
**general [1]** 13/19
**get [3]** 10/15 10/24 14/12
**Give [1]** 6/1
**given [2]** 8/18 11/11
**Glock [1]** 11/21
**go [5]** 2/10 5/7 5/8 6/20 11/12
**going [2]** 8/2 14/14
**good [2]** 10/22 13/25
**gotten [1]** 6/14
**government [7]** 1/11 4/4 6/16 7/2 9/12 15/10 15/22
**government's [1]** 7/17
**graduate [1]** 13/11
**granted [1]** 15/13
**grams [1]** 11/19
**Greenbelt [2]** 1/6 1/13
**GRIMM [1]** 1/9
**group [1]** 3/22
**guess [1]** 11/22
**guidelines [13]** 3/20 4/8 5/9 5/11 5/12 5/13 5/14 5/15 5/20 6/5 6/7 6/8 6/23
**guilty [4]** 2/19 4/4 11/5 13/17

**H**

**had [11]** 2/10 2/13 3/13 6/13 6/13 6/22 6/24 8/7 12/23 13/9 13/22
**half [1]** 5/2
**handgun [1]** 11/21
**happy [3]** 7/17 9/9 10/6
**hard [2]** 9/21 13/4
**has [11]** 3/3 6/25 9/7 9/21 10/6 12/10 13/3 13/9 13/11 14/5 15/1
**have [24]**
**having [3]** 3/15 4/3 13/22
**he [32]**
**he's [3]** 9/13 13/7 13/16
**headset [1]** 11/2
**health [1]** 13/8
**hear [4]** 7/17 9/1 9/9 10/6
**heard [2]** 6/8 7/14
**helps [1]** 5/10
**here [8]** 2/2 2/8 2/17 6/1 7/25 9/16 9/21 13/17
**high [1]** 13/11
**highlight [1]** 9/12
**highlighted [1]** 9/18
**highly [1]** 9/20
**him [12]** 2/21 3/1 6/15 9/21 9/25 10/5 10/21 12/3 13/4 14/2 14/12 14/14
**himself [2]** 8/13 13/19
**his [17]** 8/6 9/15 9/17 9/17 9/20 9/20 9/22 12/12 12/11 13/3 13/4 13/11 13/12 13/15 13/22 13/24 14/15
**history [10]** 4/10 5/4 5/5 5/7 5/8 8/19 12/4 12/12 13/6 13/12
**Honor [14]** 2/2 2/9 2/12 6/9 6/11 7/19

8/2 9/10 9/15 10/7 10/13 10/23 15/6 15/15
**HONORABLE [1]** 1/9
**hundred [1]** 15/9

**I**

**I'll [2]** 10/17 10/22
**I'm [4]** 2/5 7/17 10/6 14/14
**identical [1]** 5/24
**if [12]** 3/13 5/7 5/8 7/22 8/20 10/5 10/5 11/12 12/4 12/13 15/18 15/25
**immigrant [1]** 9/21
**impose [3]** 8/3 8/16 10/3
**imposed [2]** 4/22 4/25
**imprecise [1]** 15/8
**imprisonment [4]** 2/23 3/4 14/2 14/15
**in [54]**
**incarceration [4]** 4/17 5/2 5/19 14/4
**include [3]** 5/21 7/22 11/6
**indicated [1]** 6/13
**indicates [1]** 7/7
**Indictment [3]** 2/20 8/17 15/11
**individually [1]** 13/19
**inference [1]** 10/4
**information [1]** 6/21
**instances [1]** 10/15
**intent [3]** 2/21 3/23 12/19
**into [2]** 6/11 13/21
**involved [4]** 4/13 6/18 12/10
**involvement [1]** 12/14
**is [32]**
**issue [1]** 7/13
**issues [1]** 13/8
**it [20]**
**it's [1]** 10/21
**Ivy [1]** 1/12

**J**

**jail [1]** 6/12
**Jamaica [1]** 13/2
**January [1]** 4/18
**January 18 [1]** 4/18
**job [1]** 7/6
**jobs [1]** 13/23
**JOHNSTON [2]** 1/11 2/5
**joint [1]** 13/25
**jointly [2]** 3/9 3/17
**JUDGE [1]** 1/9
**judgment [3]** 7/22 9/6 15/21
**July [1]** 4/22
**July 16 [1]** 4/22
**June [1]** 5/1
**June 6th [1]** 5/1
**just [9]** 6/3 6/11 6/21 6/23 7/24 9/1 9/12 15/6 15/18

**K**

**KALASKAR [2]** 1/11 2/6
**kind [2]** 12/13 12/16
**know [2]** 10/14 10/20

**L**

**Landover [1]** 13/14
**Lane [1]** 1/12
**Largo [1]** 11/18
**last [2]** 2/18 6/12

**law [2]** 1/15 5/11
**lawyer [1]** 2/14
**learn [1]** 8/13
**least [3]** 2/25 4/9 8/7
**legal [1]** 12/15
**legitimate [1]** 13/23
**less [2]** 5/21 12/11
**let [3]** 6/2 7/24 15/18
**level [4]** 3/24 4/1 4/6 5/8
**levels [1]** 4/1
**life [1]** 3/4
**like [3]** 7/11 9/12 13/15
**LINDA [3]** 1/21 17/2 17/8
**list [1]** 4/11
**little [1]** 11/20
**loaded [1]** 11/23
**location [1]** 10/9
**longstanding [1]** 12/17
**look [4]** 7/11 11/12 12/4 12/13
**looking [2]** 12/12 13/18
**lower [1]** 5/13

**M**

**ma'am [1]** 7/18
**made [5]** 4/3 6/21 6/25 9/17 9/22
**magazine [1]** 11/23
**make [3]** 7/10 10/22 10/22
**makes [1]** 13/25
**mandatory [2]** 3/3 4/9
**many [1]** 10/15
**marijuana [3]** 8/7 11/19 13/8
**MARSHALL [3]** 1/21 17/2 17/8
**MARYLAND [5]** 1/1 1/6 1/13 11/18 13/14
**materials [1]** 11/20
**matter [2]** 2/2 17/4
**maximum [4]** 2/23 3/4 5/10 5/14
**May [1]** 4/25
**May 1st [1]** 4/25
**McKenna [3]** 6/12 6/20 6/24
**me [11]** 5/1 5/8 6/1 6/3 6/13 7/24 9/23 11/11 13/24 15/9 15/18
**means [1]** 13/15
**members [1]** 13/5
**MENAKA [2]** 1/11 2/5
**mental [1]** 13/8
**millimeter [1]** 11/21
**minimum [2]** 3/3 4/9
**miss [1]** 8/23
**missing [1]** 7/12
**mom [1]** 13/3
**moment [1]** 10/25
**money [2]** 9/4 9/6
**months [13]** 5/9 5/10 5/12 5/12 5/13 5/15 5/16 5/17 5/17 5/19 14/2 14/3 14/4
**more [3]** 3/5 5/21 11/20
**mother [2]** 9/20 9/20
**motion [1]** 15/13
**move [1]** 15/10
**Mr [27]**
**much [5]** 2/7 2/16 9/8 10/13 12/11
**must [1]** 15/20
**my [5]** 2/5 3/10 6/7 6/19 9/12
**myself [1]** 6/24

**N**

**Namely [1]** 14/21

**N**

**nature [2]** 8/15 9/24
**necessary [1]** 8/18
**need [4]** 7/14 12/24 13/18 13/20
**new [1]** 14/12
**no [14]** 1/4 3/19 3/25 5/21 6/9 7/5 7/14 8/22 8/22 9/14 10/4 10/7 15/2 15/15
**not [19]**
**note [3]** 7/5 10/22 12/24
**NOTES [1]** 1/22
**nothing [1]** 15/25
**notice [2]** 12/22 15/20
**notion [2]** 12/9 12/19
**November [1]** 1/7
**now [3]** 3/15 4/10 5/7
**number [2]** 2/3 11/22
**numbers [1]** 12/14
**Numeral [1]** 5/6
**NW [1]** 1/16

**O**

**objections [1]** 3/19
**occasion [1]** 8/8
**October [2]** 3/18 4/13
**October 25th [1]** 3/18
**October 9 [1]** 4/13
**offense [20]**
**offenses [4]** 4/11 8/15 12/23 13/16
**offer [1]** 7/4
**Office [2]** 1/12 1/15
**officer [1]** 14/23
**officers [1]** 12/1
**OFFICIAL [2]** 1/21 17/8
**Okay [1]** 7/1
**on [12]** 2/8 2/18 4/22 4/25 6/8 7/18 8/7 8/17 10/9 11/9 11/15 14/2
**one [6]** 4/21 6/1 8/7 11/23 13/10 15/9
**ONEAL [1]** 1/6
**ongoing [1]** 13/9
**only [2]** 7/3 9/4
**Open [1]** 11/8
**operation [2]** 5/11 5/11
**opportunity [3]** 2/10 8/11 14/11
**or [6]** 3/12 7/8 9/14 11/7 14/8 15/22
**order [2]** 7/21 15/2
**other [8]** 3/25 6/18 8/8 12/2 12/14 13/4 13/15 14/8
**our [3]** 2/6 7/4 8/21
**out [2]** 10/21 14/11
**outcome [1]** 12/15
**outstanding [1]** 15/4
**over [2]** 2/11 11/19

**P**

**P-R-O-C-E-E-D-I-N-G-S [1]** 2/1
**p.m [2]** 1/7 16/2
**packaging [1]** 11/20
**page [5]** 4/11 4/20 4/23 11/15 14/21
**paid [1]** 14/25
**paragraph [2]** 4/20 4/23
**paragraphs [1]** 11/15
**pardon [1]** 5/8
**part [3]** 3/10 8/23 12/25
**participation [1]** 12/17
**particular [1]** 11/23

**particularly [1]** 13/10
**PAUL [1]** 1/9
**Pause [1]** 6/4
**pay [1]** 14/25
**pending [1]** 15/11
**per [2]** 15/7 15/9
**Perhaps [2]** 8/13 13/14
**period [6]** 2/23 2/24 8/16 14/5 14/15 14/16
**periods [1]** 13/23
**person [2]** 9/23 12/3
**petition [1]** 8/20
**placed [1]** 14/7
**plea [10]** 2/19 3/7 3/7 3/10 3/14 6/17 7/4 8/4 11/5 13/25
**plead [1]** 4/4
**pleasant [1]** 9/23
**please [1]** 10/24
**plus [2]** 4/3 5/17
**point [3]** 4/21 9/14 15/16
**points [8]** 4/1 4/12 4/15 4/17 4/19 4/23 4/25 5/3
**policy [1]** 11/5
**possession [8]** 2/21 3/1 3/23 4/7 4/20 4/23 8/7 12/19
**prepared [2]** 3/18 6/20
**presentation [1]** 7/18
**presented [2]** 8/24 9/3
**Presentence [11]** 2/11 2/14 3/11 3/15 3/18 3/21 9/19 11/16 13/7 14/21 15/1
**preserved [1]** 7/12
**pretty [1]** 12/20
**previously [1]** 6/13
**primary [1]** 4/3
**prior [2]** 12/4 13/6
**Prisons [1]** 11/6
**private [1]** 4/14
**probation [4]** 7/6 9/23 14/20 14/23
**Procedure [1]** 3/8
**proceeding [1]** 11/6
**proceedings [2]** 1/8 17/3
**program [4]** 10/14 14/8 14/9 14/22
**programs [1]** 10/17
**promptly [1]** 4/3
**property [2]** 4/14 12/5
**protect [3]** 12/25 12/25 13/20
**prove [1]** 4/5
**provide [3]** 8/11 13/4 13/22
**provision [1]** 11/6
**provisionally [1]** 3/8
**public [2]** 12/25 13/20
**pursuant [2]** 3/7 4/2
**PWG [2]** 1/5 2/4

**Q**

**qualifies [1]** 14/9
**quantity [1]** 3/25

**R**

**range [2]** 5/9 5/12
**RDAP [2]** 10/14 14/8
**recap [1]** 2/17
**received [1]** 3/15
**recess [2]** 15/17 16/1 16/2
**recognized [1]** 9/24
**recommend [3]** 10/16 10/18 14/7

**recommendation [7]** 3/13 6/6 9/11 10/1 10/9 10/21 13/25
**recommendations [1]** 8/21
**recommended [5]** 3/9 3/10 3/17 5/19 13/24
**record [5]** 7/7 7/12 8/5 11/9 17/3
**reduced [2]** 4/1 4/1
**reflected [1]** 13/7
**reflects [1]** 8/10
**regardless [1]** 7/3
**rehabilitated [1]** 8/12
**relate [1]** 13/16
**related [1]** 12/6
**release [9]** 2/25 3/5 5/21 5/22 5/25 6/2 8/16 14/15 14/17
**released [1]** 8/14
**relieving [1]** 4/4
**remaining [1]** 15/11
**Report [11]** 2/11 2/14 3/11 3/15 3/18 3/21 9/19 11/16 13/7 14/21 15/1
**reporter [1]** 1/21 16/1 17/1 17/8
**representation [1]** 7/11
**represented [2]** 2/18 6/13
**request [1]** 15/2
**requirement [1]** 4/5
**residue [1]** 11/20
**responsibility [2]** 4/2 9/14
**restitution [2]** 8/22 9/2
**restitutionary [1]** 15/2
**result [2]** 5/18 12/15
**resulted [3]** 4/14 4/17 5/3
**resulting [4]** 4/19 4/21 5/5 5/9
**results [3]** 4/5 12/21 12/24
**review [1]** 3/11
**right [10]** 2/13 2/16 7/14 7/15 7/16 9/7 10/8 11/9 15/13 15/16
**ROLANDO [2]** 1/6 2/3
**Roman [1]** 5/5
**round [1]** 11/23
**RPR [1]** 17/8
**Rule [4]** 3/7 7/20 8/4 13/25
**ruling [1]** 15/7
**run [1]** 14/16

**S**

**Said [1]** 12/2
**sales [2]** 12/17 13/16
**same [1]** 12/13
**say [4]** 7/2 10/3 10/6 10/6
**scale [1]** 11/19
**school [1]** 13/11
**score [1]** 5/5
**search [2]** 11/17 12/21
**second [1]** 6/1
**Section [2]** 4/2 11/13
**see [2]** 7/9 8/5
**seeking [1]** 9/5
**seems [3]** 11/11 13/15 13/24
**seized [2]** 9/4 9/5
**seizure [3]** 11/17 11/18 12/21
**sense [1]** 14/1
**sentence [22]**
**sentences [1]** 12/23
**sentencing [4]** 1/8 7/18 11/6 14/13
**serial [1]** 11/22
**serious [2]** 9/24 12/24

## S

**seriousness [2]** 8/10 13/20
**set [5]** 4/10 7/8 8/3 11/14 14/20
**share [1]** 6/19
**she [1]** 13/3
**should [3]** 13/21 14/25 15/23
**shows [1]** 13/7
**sign [1]** 7/21
**signed [4]** 7/24 8/1 9/8 15/2
**significant [2]** 12/14 13/12
**significantly [1]** 12/10
**simple [2]** 4/19 12/6
**since [1]** 13/10
**sir [12]** 2/9 2/10 2/12 2/13 2/15 6/10 7/1 9/9 10/8 10/10 11/3 15/14
**skills [1]** 8/13
**smoking [1]** 13/8
**SN [1]** 11/22
**so [14]** 3/20 6/7 6/23 7/11 7/12 9/7 10/22 11/10 12/9 12/18 14/10 14/17 15/3 15/20
**some [6]** 6/14 8/13 12/9 13/13 13/22 14/13
**something [3]** 8/23 10/6 10/14
**sought [1]** 8/23
**Sound [1]** 13/13
**SOUTHERN [1]** 1/2
**speak [1]** 2/14
**speaking [1]** 6/16
**special [6]** 2/25 3/6 5/23 5/23 14/22 14/25
**spent [1]** 8/6
**spoke [1]** 9/20
**Stacy [1]** 2/6
**staff [1]** 16/1
**stand [3]** 2/17 15/16 15/25
**start [1]** 14/12
**statement [1]** 12/1
**STATES [7]** 1/1 1/4 1/9 1/12 2/3 3/14 6/8
**statutory [3]** 3/3 5/10 5/14
**stems [1]** 11/17
**STENOTYPE [1]** 1/22
**step [1]** 10/22
**still [1]** 6/20
**straightfordly [1]** 12/20
**Street [1]** 1/16
**subject [1]** 3/10
**substance [3]** 4/21 5/3 14/21
**substances [3]** 2/22 3/24 12/20
**substantial [1]** 13/22
**succinctly [1]** 11/14
**sufficient [1]** 8/11
**sufficiently [1]** 7/12
**suggest [2]** 12/16 13/3
**Suite [1]** 1/16
**summarized [1]** 11/14
**supervised [9]** 2/24 3/5 5/21 5/22 5/24 6/2 8/16 14/14 14/17
**supervision [1]** 8/18
**support [5]** 8/13 9/10 9/21 12/9 13/15
**supported [1]** 12/19
**sure [1]** 7/10
**system [1]** 12/15

## T

**take [2]** 11/12 12/22

**taking [1]** 13/21
**talk [1]** 9/24
**tell [1]** 15/18
**ten [3]** 8/3 8/9 11/15
**terminated [1]** 8/20
**terms [3]** 6/17 12/11 12/23
**than [3]** 3/5 5/21 7/5 11/21 13/15
**thank [12]** 2/7 2/16 7/1 7/19 9/8 10/2 10/8 10/19 10/23 11/3 15/8 16/1
**that [71]**
**that's [5]** 7/16 9/18 10/14 11/22 14/17
**their [2]** 12/15 15/23
**then [3]** 5/11 13/10 15/16
**there [14]** 3/25 4/8 6/18 7/9 7/11 8/23 12/2 12/3 12/9 15/2 15/4 15/6 15/18 15/25
**there's [2]** 7/10 8/22
**thereby [1]** 6/14
**therefore [1]** 14/2
**these [1]** 8/15
**they [7]** 7/6 12/2 14/9 15/23 15/23
**things [1]** 2/17
**think [11]** 6/16 7/20 6/22 7/12 7/24 8/17 9/18 9/22 10/21 11/25 12/9
**this [14]** 6/16 7/4 7/5 7/20 8/18 9/6 9/16 11/5 12/24 13/2 13/18 14/6 15/3 15/4 15/16 15/19
**THORPE [18]**
**Thorpe's [2]** 11/18 12/5
**those [7]** 3/21 6/7 6/14 7/3 8/21 12/14 14/20
**though [1]** 15/19
**thought [1]** 6/14
**three [5]** 4/16 4/17 4/23 4/25 5/3
**through [2]** 11/15 13/16
**time [8]** 2/18 3/8 3/11 6/15 9/6 14/4 14/5 15/5
**times [1]** 9/13
**today [1]** 6/20
**total [5]** 5/4 5/18 14/4 14/17 15/9
**trafficking [3]** 3/2 4/8 4/24
**training [1]** 11/17
**transcript [2]** 1/8 17/3
**TRANSCRIPTION [1]** 1/22
**treatment [3]** 10/17 14/9 14/22
**trespass [2]** 4/14 12/5
**tried [1]** 13/4
**try [1]** 9/14
**turn [1]** 3/19
**two [24]**

## U

**U.S [2]** 2/22 3/3
**U.S.C [1]** 11/13
**unconditionally [2]** 3/12 3/16
**under [1]** 11/12
**underlying [1]** 11/13
**understanding [1]** 6/16
**understands [2]** 6/23 9/16
**UNITED [7]** 1/1 1/4 1/9 1/12 2/3 3/14 6/8
**upon [1]** 3/24
**use [3]** 8/13 13/9 13/24

## V

**verify [1]** 7/25
**versus [1]** 2/3

**very [5]** 2/7 2/16 9/8 9/21 15/8
**VI [2]** 5/6 5/9
**victims [1]** 7/14
**violation [2]** 2/22 3/2
**vocational [3]** 10/18 14/10 14/22

## W

**waived [3]** 14/24 15/20 15/23
**wanted [1]** 6/21
**warrant [2]** 11/17 12/21
**was [21]**
**Washington [1]** 1/16
**we [10]** 2/17 7/5 8/2 8/9 8/15 8/17 9/25 11/12 12/4 12/5
**we'd [1]** 9/12
**we'll [2]** 15/16 15/25
**we're [2]** 2/2 9/5
**week [1]** 6/12
**weight [1]** 12/11
**well [8]** 8/20 9/22 10/1 10/18 14/10 15/24
**were [6]** 2/17 4/12 6/18 7/4 7/7 12/2
**what [3]** 7/3 7/5 10/6
**what's [1]** 10/20
**whatever [1]** 10/16
**when [3]** 8/13 12/1 14/10
**where [1]** 2/17
**whether [2]** 3/12 11/7
**which [14]** 2/18 2/23 3/3 4/12 4/14 4/24 5/3 6/15 11/11 12/11 12/24 13/16 13/16 14/9
**who [2]** 9/21 12/3
**whole [1]** 8/6
**will [14]** 3/15 3/16 3/16 3/19 3/20 7/19 8/11 10/4 10/16 14/6 14/7 14/11 14/12 14/20
**wish [3]** 6/8 10/3 10/5
**withdraw [1]** 3/14
**within [3]** 8/12 15/21 15/22
**worked [1]** 9/21
**worker [1]** 13/4
**working [3]** 9/12 11/2 13/13
**would [15]** 3/12 3/13 5/15 5/20 5/23 5/25 6/5 6/17 6/22 7/4 8/21 9/23 9/25 15/3 15/10

## Y

**Yeah [2]** 7/9 10/16
**year [1]** 8/16
**years [18]**
**Yes [7]** 2/9 2/12 2/15 8/1 9/3 10/13 15/8
**Yet [1]** 5/10
**you [22]**
**you're [1]** 2/8
**you've [1]** 2/13
**your [16]** 2/2 2/9 2/12 2/14 6/9 6/11 7/19 8/2 9/10 9/15 10/7 10/13 10/23 12/1 15/6 15/15

## Z

**Ziploc [1]** 11/19