FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 27 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

DECEMBER, 20, 21

Dear Judge Grimm,

It's Rolando Thorpe inmate #58725-037 Case # PWG-15-296.

I'm writing this letter asking is there any more remedies I can pursue to have a couple of months knocked off of my sentence.

I filed a compassionate release motion I was almost 100% sure that I was going to get some type of relief from you based on my past motion you granted for time served from 2013. An ammended judgement even tho I am grateful for the months FBob took which was 4 months I thought it would of been the time served that pre-sentencing recommended.

I contacted my lawyer that filed my compassionate release motion to see if it's anything else I can file and haven't got a response.

Mr Grimm I have a perfect jail record from 2013 to right now. I completed every program you recommended at sentencing and I also live in another state away from where my criminal past is. I live in Delaware. My release date is 2024 December. Please Judge Grimm if it's any other remedies I can pursue to get home to my fiance and 3 kids let me know. Thank you.