CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

December 30, 2021

Rolando Thorpe
Inmate No. 58725-037
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

RE: *United States v. Rolando Thorpe*
Case No. 8:15-cr-00296-PWG

Dear Mr. Thorpe:

I received your letter dated December 20, 2021, asking whether there are any remedies you might pursue to reduce the length of your current sentence. I am glad to hear that you have been a model prisoner and that you have completed the programs I recommended at your sentencing. However, as a judge, I cannot help you with your request because I am not permitted to provide you with legal advice.

I am sending a copy of this letter to your attorneys of record, along with a copy of your letter to me, so that they may respond to you directly to discuss any remedies that might be available to you.

Sincerely,

_____/S/_____
Paul W. Grimm
United States District Judge

cc: Nicholas Madiou (by electronic mail)
John McKenna (by electronic mail)